# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSIE CHARLES ST. AMANT

NO. 2019 KW 0632

AUG 0 5 2019

---

In Re:   Jessie Charles St. Amant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-19-0655.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** On May 8, 2019, relator pled guilty in this case and was sentenced. Accordingly, his request for mandamus relief is moot.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT